IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Elisha D. ALLEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-123 (MTT) |
| Michael J. ASTRUE, *Commissioner of Social Security*, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Recommendation to Affirm (Doc. 10) (the "Recommendation") of United States Magistrate Judge Stephen Hyles. The Commissioner of Social Security adopted the Administrative Law Judge's determination that the Plaintiff was not disabled because she did not meet or medically equal the requirements of paragraph 12.04B in Appendix 1 to Part 404 of the regulations. Also, the ALJ considered the effect of the Plaintiff's medications in controlling her bipolar disorder. The Magistrate Judge recommends affirming the Commissioner's decision because the ALJ's finding was based on substantial evidence. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Commissioner's decision is **AFFIRMED.**

**SO ORDERED**, this the 29th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT